MAC ARTHUR LEE v. ALAN R. HOFFMAN.

February 15, 1978. Petition for certification denied.

LINDA MARY TRUNKETT v. GILBERT ROGERS TRUNKETT.

February 15, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. VECUS YOUGH.

February 15, 1978. Petition for certification denied.

MULTIPLEX CONCRETE CO., INC. v.
BESSER COMPANY, ETC.

February 15, 1978. Petition for certification denied. (See
153 *N. J. Super.* 531)

STATE OF NEW JERSEY v. ROBERT TAL.

February 15, 1978. Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF
ONE CHILD BY R. A. C. AND G. D. C.

February 15, 1978. Petition for certification denied. (See
154 *N. J. Super.* 513)